UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CR210 SNLJ |
| | ) |
| ANTHONY ROGERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the Report and Recommendation Regarding Motion for Order Authorizing Involuntary Administration of Medication to Restore Competency of United States Magistrate Judge David D. Noce (#39), filed June 8, 2009 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

Dated this 30th day of June, 2009.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE